IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| PATRIOT-BSP CITY CENTER II, LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. BANK NATIONAL ASSOCIATION, *et al.*, <br><br> Defendants. | C.A. No. _____ |

## LOCAL RULE 7.1 CERTIFICATE

I, the undersigned, counsel of record for plaintiff U.S. Bank National Association, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of U.S. Bank National Association which have any outstanding securities in the hands of the public:

U.S. Bancorp (NYSE: USB)

This representation is made in order that judges of this Court may determine the need for recusal.

Respectfully submitted:

_____
Christopher M. Loveland
(D.C. Bar No. 473969)
M. Roy Goldberg
(D.C. Bar No. 416953)
Sheppard Mullin Richter & Hampton LLP
1300 I Street, N.W., 11th Floor East
Washington, D.C. 20005-3314
Tel. (202) 218-0007
Fax (202) 312-9425
cloveland@sheppardmullin.com

rgoldberg@sheppardmullin.com

Dated: May 28, 2010

Attorneys for Defendant U.S. Bank National Association

Of Counsel:

Daniel L. Brown
30 Rockefeller Plaza, 24th Floor
New York, New York 10112
Tel: (212) 653-8700
Fax: (212) 653-8701
Dbrown@sheppardmullin.com