**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
Civil Division

| | | |
|---|---|---|
| PATRIOT-BSP CITY CENTER II, LLC, *et al.* | ) ) | C.A. No. 1:10-cv-00890-RMU |
| Plaintiffs, | ) ) | Hon. Ricardo M. Urbina |
| v. | ) ) ) | |
| U.S. BANK NATIONAL ASSOCIATION, *et al.* | ) ) | |
| Defendants. | ) ) ) | |

**PLAINTIFFS' PARTIAL CONSENT MOTION TO PERMIT**
**<u>APPEARANCE OF COUNSEL *PRO HAC VICE*</u>**

Benny L. Kass, undersigned counsel (hereinafter, "Counsel") for Plaintiffs in the above captioned matter, respectfully moves this Court to enter the attached Order permitting David L. Braverman, Esq., Peter J. Leyh, Esq., and Richard S. Julie, Esq., to appear *pro hac vice* as co-counsel for Plaintiffs in this matter and hereby submit this Motion and the attached Statement of Points and Authorities in support thereof.

Respectfully submitted,

**KASS, MITEK & KASS, PLLC**

BY:     /s/   Benny L. Kass
        Benny L. Kass, Esq. (D.C. Bar No. 25155)
        1050 Seventeenth Street, NW, Suite 1100
        Washington, D.C. 20036-5596
        (202) 659-6500
        *Attorneys for Plaintiffs Patriot-BSP City*
        *Center II, LLC, Patriot-BSP City Center III,*
        *LLC, and Patriot-BSP City Center IV, LLC*

Dated: June 2, 2010

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion to Permit Appearance of Counsel *Pro Hac Vice* and the Statement of Points and Authorities filed in support thereof were served this 2nd day of June, 2010 via the Court's electronic filing system upon the following counsel:

M. Roy Goldberg, Esq.
Sheppard Mullin Richter & Hampton LLP
1300 I Street, NW., 11th Floor East
Washington, D.C. 20005-3314
(202) 218-0007
*Attorneys for Defendant U.S. Bank, National Association*

JP Morgan Chase Bank, National Association
c/o Linda A. Platone
1 Chase Manhattan Plaza, 20th Floor
New York, New York 10005

Jennifer A. Brust, Esq.
Bean, Kinney & Korman, P.C.
2300 Wilson Boulevard, 7th Floor
Arlington, VA 22201
(703) 525-4000
*Attorneys for Defendant Lawyers Title Realty Services, Inc.*

                                                /s/   Benny L. Kass
                                                Benny L. Kass, Esq.

## CERTIFICATE OF ATTORNEY SEEKING CONSENT

I hereby certify that on June 2nd, 2010, John H. Brillian, an associate with Kass, Mitek, & Kass, P.L.L.C., contacted opposing counsel to seek consent to the relief requested in this motion. Counsel for U.S. Bank, N.A. & Lawyers Title Realty Services, Inc. consented to the relief requested. Despite diligent efforts plaintiffs were unable to obtain the consent for the relief requested from counsel for JP Morgan Chase Bank, N.A. and accordingly must assume consent is denied.

                                                /s/   Benny L. Kass
                                                Benny L. Kass, Esq.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

_____
                                                    )
PATRIOT-BSP CITY CENTER II, LLC, *et al.*    )    C.A. No. 1:10-cv-00890-RMU
                                                    )
            Plaintiffs,                              )    Hon. Ricardo M. Urbina
                                                    )
    v.                                              )
                                                    )
U.S. BANK NATIONAL ASSOCIATION, *et al.*     )
                                                    )
            Defendants.                              )
                                                    )
_____ )

**STATEMENT OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION
TO PERMIT APPEARANCE OF COUNSEL *PRO HAC VICE***

    Plaintiffs Patriot-BSP City Center II, LLC, Patriot-BSP City Center III, LLC, and Patriot-BSP City Center IV, LLC, through undersigned counsel, respectfully submit this Statement of Points and Authorities in support of their Motion to Permit Appearance of Counsel *Pro Hac Vice*.

    This Motion and the attached Declarations meet all of the requirements of the Local Rules of the United States District Court for the District of Columbia, including LCvR 83.2(d). Counsel states as follows:

    1.    Counsel is a member in good standing of the Bar of this Court (U.S. District Court for the District of Columbia Bar Number 25155) and is licensed to practice law in the District of Columbia.

    2.    David L. Braverman is a member in good standing of the bar of the Supreme Court of Pennsylvania (Pennsylvania Bar Number 35145) and has been licensed to practice law in the Commonwealth of Pennsylvania for twenty-eight years.

    3.    Peter J. Leyh is a member in good standing of the bar of the Supreme Court of Pennsylvania (Pennsylvania Bar Number 58930) and has been licensed to practice law in the Commonwealth of Pennsylvania for twenty years

4. Richard S. Julie is a member in good standing of the bar of the Supreme Court of Pennsylvania (Pennsylvania Bar Number 205384) and has been licensed to practice law in the Commonwealth of Pennsylvania for three years.

5. Mr. Braverman, Mr. Leyh, and Mr. Julie are all employed by the Philadelphia, Pennsylvania law firm of Braverman Kaskey P.C.

6. The law firm of Braverman Kaskey P.C. has represented the plaintiffs' principals and affiliates for approximately three years in transactional matters and in litigation in state and federal courts in Pennsylvania, Rhode Island, and elsewhere.

7. Mr. Braverman, Mr. Leyh, and Mr. Julie were admitted *pro hac vice* as co-counsel for the plaintiffs in a related action in this court, involving the entities which are parties to this action, and pending before the Honorable Henry H. Kennedy, Jr. on May 26, 2010 (C.A. No. 1:10-cv-00678-HHK).

8. Mr. Braverman, Mr. Leyh, and Mr. Julie are familiar with and will abide by the Local Rules and all other Rules of this Court.

9. Attached hereto are the Declarations of Mr. Braverman, Mr. Leyh, and Mr. Julie, in accordance with the Local Rules of this Court, including LCvR 83.2(d).

WHEREFORE, on behalf of all plaintiffs, Counsel respectfully requests that the Court grant this motion and permit Mr. Braverman, Mr. Leyh, and Mr. Julie to appear *pro hac vice*.

Dated: June 1, 2010                     Respectfully submitted,

                                        **KASS, MITEK & KASS, PLLC**


                            BY:         /s/ Benny L. Kass
                                        Benny L. Kass, Esq. (D.C. Bar No. 25155)
                                        1050 Seventeenth Street, NW, Suite 1100
                                        Washington, D.C. 20036-5596, (202) 659-6500
                                        *Attorney for Defendants Patriot-BSP City Center II,*
                                        *LLC, Patriot-BSP City Center III, LLC, and*
                                        *Patriot-BSP City Center IV, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| PATRIOT-BSP CITY CENTER II, LLC, *et al.* ) | |
| ) | C.A. No. 1:10-cv-00890-RMU |
| Plaintiffs, ) | |
| ) | Hon. Ricardo M. Urbina |
| v. ) | |
| ) | |
| U.S. BANK, NATIONAL ASSOCIATION, *et al.* ) | |
| ) | |
| Defendants. ) | |
| ) | |

### DECLARATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to LCvR 83.2(d), I, Peter John Leyh, certify that I am eligible for admission to this Court and submit to the disciplinary jurisdiction of this Court for any alleged misconduct, which occurs in the preparation or course of this action. I also certify that I am generally familiar with the Local Rules of the United States District Court for the District of Columbia. In further support of this Declaration, I state as follows:

1. I am admitted, practicing and in good standing as a member of the bars of the Supreme Court of Pennsylvania, the Supreme Court of New Jersey, the Supreme Court of the United States, the United States Court of Appeals for the 3rd Circuit, and the United States District Courts for the Eastern District of Pennsylvania and the District of New Jersey.

2. I have never been disciplined by any bar.

3. I have been admitted *pro hac vice* in the U.S. District Court for the District of Columbia once in the past two years.

4. I do not engage in the practice of law from an office located in the District of Columbia, I am not a member of the District of Columbia Bar, and I do not have an application for membership pending.

Date:  June 1, 2010                                    Respectfully Submitted,

                                            BY:  _____
                                                 Peter John Leyh
                                                 Pennsylvania Bar No. 58930
                                                 Braverman Kaskey, P.C.
                                                 One Liberty Place,
                                                 1650 Market Street, 56th Floor
                                                 Philadelphia, PA 19103
                                                 (215) 575-3800

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| PATRIOT-BSP CITY CENTER II, LLC, *et al.* ) | C.A. No. 1:10-cv-00890-RMU |
| ) | |
| Plaintiffs, ) | Hon. Ricardo M. Urbina |
| ) | |
| v. ) | |
| ) | |
| U.S. BANK NATIONAL ASSOCIATION, *et al.* ) | |
| ) | |
| Defendants. ) | |

## DECLARATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to LCvR 83.2(d), I, Richard Spencer Julie, certify that I am eligible for admission to this Court and submit to the disciplinary jurisdiction of this Court for any alleged misconduct, which occurs in the preparation or course of this action. I also certify that I am generally familiar with the Local Rules of the United States District Court for the District of Columbia. In further support of this Declaration, I state as follows:

1. I am admitted, practicing and in good standing as a member of the bars of the Supreme Court of Pennsylvania, the Supreme Court of Delaware, the State of New York, the United States Court of Appeals for the Third Circuit, and the U.S. District Courts for the Eastern District of Pennsylvania, the District of Delaware, the Southern District of New York, and the Eastern District of New York.

2. I have never been disciplined by any bar.

3. I have been admitted *pro hac vice* in the United States District Court for the District of Columbia once within the past two years.

4.  I do not engage in the practice of law from an office located in the District of Columbia, I am not a member of the District of Columbia Bar, and I do not have an application for membership pending.

Date:  June 1, 2010                    Respectfully Submitted,

                              BY:  _____
                                   Richard Spencer Julie
                                   Pennsylvania Bar No. 205384
                                   Braverman Kaskey, P.C.
                                   One Liberty Place,
                                   1650 Market Street, 56th Floor,
                                   Philadelphia, PA 19103
                                   (215) 575-3800

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division**

| | |
|---|---|
| PATRIOT-BSP CITY CENTER II, LLC, *et al.* ) | C.A. No. 1:10-cv-00890-RMU |
| ) | |
| Plaintiffs, ) | Hon. Ricardo M. Urbina |
| ) | |
| v. ) | |
| ) | |
| U.S. BANK NATIONAL ASSOCIATION, *et al.* ) | |
| ) | |
| Defendants. ) | |

**DECLARATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to LCvR 83.2(d), I, David Larry Braverman, certify that I am eligible for admission to this Court and submit to the disciplinary jurisdiction of this Court for any alleged misconduct, which occurs in the preparation or course of this action. I also certify that I am generally familiar with the Local Rules of the United States District Court for the District of Columbia. In further support of this Declaration, I state as follows:

1. I am admitted, practicing and in good standing as a member of the bars of the Supreme Court of Pennsylvania, the Supreme Court of New Jersey, the Supreme Court of California, The Supreme Court of the United States, the United States Courts of Appeals for 3rd, 9th and Federal Circuits, and the United States District Courts for the Eastern District of Pennsylvania and the District of New Jersey, among other federal courts.

2. I have never been disciplined by any bar. In the interest of full disclosure, my *pro hac vice* admission was unlawfully revoked by the United States District Court for the Southern

District of Georgia in 1988. Such revocation was vacated by the United States Court of Appeals for the 11th Circuit, rendering it a nullity. *See Kirkland v. National Mortgage Network, LLC*, 884 F.2d 1367 (11th Cir. 1989).

3. I have been admitted *pro hac vice* in the U.S. District Court for the District of Columbia once in the past two years.

4. I do not engage in the practice of law from an office located in the District of Columbia, I am not a member of the District of Columbia Bar, and I do not have an application for membership pending.

Date:  June 1, 2010

Respectfully Submitted,

BY: _____
David L. Braverman
Pennsylvania Bar No. 35145
Braverman Kaskey, P.C.
One Liberty Place,
1650 Market Street, 56th Floor,
Philadelphia, PA 19103
(215) 575-3800

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division**

| | |
|---|---|
| PATRIOT-BSP CITY CENTER II, LLC, *et al.* ) | C.A. No. 1:10-cv-00890-RMU |
| Plaintiffs, ) | Hon. Ricardo M. Urbina |
| v. ) | |
| U.S. BANK NATIONAL ASSOCIATION, *et al.* ) | |
| Defendants. ) | |

### ORDER GRANTING APPEARANCE OF COUNSEL *PRO HAC VICE*

AND NOW, this ____ day of _____, 2010, upon consideration of Plaintiffs' Motion and Statement of Points and Authorities to permit David L. Braverman, Esq., Peter J. Leyh, Esq., and Richard S. Julie, Esq., to appear *pro hac vice*, it appearing to the Court that the Motion should be granted, it is hereby

ORDERED and DECREED that said Motion be and hereby is GRANTED and, David L. Braverman, Esq., Peter J. Leyh, Esq., and Richard S. Julie, Esq., are permitted to appear in the above-captioned matter as co-counsel for Plaintiffs.

BY THE COURT:

_____
Hon. Ricardo M. Urbina, U.S.D.J.

Copies to:

Benny L. Kass, Esq.
Kass, Mitek & Kass, PLLC
1050 Seventeenth Street, NW, Suite 1100
Washington, D.C. 20036-5596

M. Roy Goldberg, Esq.
Sheppard Mullin Richter & Hampton LLP
1300 I Street, NW., 11th Floor East
Washington, D.C. 20005-3314
(202) 218-0007
*Attorneys for Defendant U.S. Bank, National Association*

JP Morgan Chase Bank, National Association
c/o Linda A. Platone
1 Chase Manhattan Plaza, 20th Floor
New York, New York 10005

Jennifer A. Brust, Esq.
Bean, Kinney & Korman, P.C.
2300 Wilson Boulevard, 7th Floor
Arlington, VA 22201
(703) 525-4000
*Attorneys for Defendant Lawyers Title Realty Services, Inc.*