## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
### Civil Division

| | |
|---|---|
| PATRIOT-BSP CITY CENTER II, LLC, *et al.*, | C.A. No. 1:10-cv-00890-RMU |
| Plaintiff, | |
| v. | |
| U.S. BANK NATIONAL ASSOCIATION, *et al.*, | |
| Defendants. | |

### **PRAECIPE**

THE CLERK OF COURT will please note that plaintiffs' counsel attempted to file their *Reply Memorandum in Further Support of Plaintiffs' Motion for Temporary Restraining Order* (the "Reply Memorandum") on June 2, 2010, prior to the 5:00 p.m. deadline imposed by the Court in its Minute Order of May 28, 2010.  Plaintiffs' counsel understands that the Court suffered an electrical outage on June 2, 2010, which was not corrected until the early morning hours of June 3, 2010.  Such outage thwarted plaintiffs' counsel's attempts to file the Reply Memorandum through the Court's electronic filing system, which was unavailable and inaccessible on June 2, 2010.  Plaintiffs' counsel therefore timely sent the Reply Memorandum to the Civil Clerk's office via electronic mail on June 2, 2010.  The Civil Clerk confirmed receipt of the Reply Memorandum and has now docketed the Reply Memorandum as filed on June 2, 2010.

Respectfully submitted,

**KASS, MITEK & KASS, PLLC**

BY: /s/ Benny L. Kass
Benny L. Kass (D.C. Bar No. 025155)
1050 Seventeenth Street, N.W., Suite 1100
Washington, D.C. 20036-5596
(202) 659-6500

*Attorney for Plaintiffs Patriot-BSP City Center II, LLC, Patriot-BSP City Center III, LLC, Patriot-BSP City Center IV, LLC, Patriot Equities, LP, Erik E. Kolar, Alan S. Werther, Michael C. Kolar, Timothy E. McKenna and Geoffrey C. Gardner*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Praecipe was served via the court's electronic filing system this 3rd day of June, 2010 upon all parties of record:

/s/ Benny L. Kass
Benny L. Kass

**F:\WP_FILES\CLIENTS\10157.103\Pleadings\Reply Memo\Praecipe.wpd**