**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**Civil Division**

PATRIOT-BSP CITY CENTER II, LLC, *et al.*,

    Plaintiffs,

v.                                      C.A. No. 1:10-cv-00890 (RMU)

U.S. BANK NATIONAL ASSOCIATION, *et al.*,

    Defendants.

## ENTRY OF APPEARANCE

Please enter my appearance as counsel in this case for defendant JPMorgan Chase Bank National Association.  I certify that I am admitted to practice in this Court.

Respectfully Submitted,

    /s/
Christopher M. Loveland
(D.C. Bar No. 473969)
SHEPPARD MULLIN RICHTER & HAMPTON LLP
1300 I Street, NW
Suite 1100 East
Washington, DC 20005
Phone:  (202) 218-0000
Facsimile:  (202) 218-0020

Dated: June 3, 2010              Counsel for JPMorgan Chase Bank National Association

## CERTIFICATE OF SERVICE

I certify that on June 3, 2010 I caused a true and correct copy of the foregoing Notice of

Appearance to be served on the following person via electronic service:

Benny L. Kass
Kass, Mitek & Kass, PLLC
1050 17 Street, N.W.
Suite 1100
Washington, DC  20036

*Counsel for Plaintiffs*

And via Federal Express on:

Lawyers Title Realty Services, Inc.
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE  18801

Stuart H. Gary
Gary & Regenhardt, PLLC
8500 Leesburg Pike, Suite 700
Vienna, VA  22182

_____/s/_____
Christopher M. Loveland