**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division**

| |
|---|
| PATRIOT-BSP CITY CENTER II, LLC, *et al.*, |
| Plaintiffs, |
| v. |
| U.S. BANK NATIONAL ASSOCIATION, *et al.*, |
| Defendants. |

C.A. No. 1:10-cv-00890 (RMU)

## ENTRY OF APPEARANCE

Please enter my appearance as counsel in this case for defendant JPMorgan Chase Bank National Association. I certify that I am admitted to practice in this Court.

                                                Respectfully Submitted,

                                                ___/s/_____
                                                M. Roy Goldberg
                                                (D.C. Bar No. 416953)
                                                SHEPPARD MULLIN RICHTER & HAMPTON LLP
                                                1300 I Street, NW
                                                Suite 1100 East
                                                Washington, DC 20005
                                                Phone:  (202) 218-0000
                                                Facsimile:  (202) 218-0020

Dated: June 3, 2010                     Counsel for JPMorgan Chase Bank National Association

## CERTIFICATE OF SERVICE

I certify that on June 3, 2010 I caused a true and correct copy of the foregoing Notice of Appearance to be served on the following person via electronic service:

Benny L. Kass
Kass, Mitek & Kass, PLLC
1050 17 Street, N.W.
Suite 1100
Washington, DC  20036

*Counsel for Plaintiffs*

And via Federal Express on:

Lawyers Title Realty Services, Inc.
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE  18801

Stuart H. Gary
Gary & Regenhardt, PLLC
8500 Leesburg Pike, Suite 700
Vienna, VA  22182

                                            ___/s/_____
                                            M. Roy Goldberg