

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

## WASHINGTON, D.C. 20001-2131

Date: 06-04-10

The Honorable Angela Caesar, Clerk
United States District Court for the District of Columbia
3rd and Constitution Avenue, Washington, D.C. 20001

*10cv890 RMU*

**In Re: Patriot-BSP City Center II, LLC et. al. vs. U.S. Bank National Association et. al.**

**Civil Action Number 10ca3575**

Dear Ms. Angela Caesar:

Transmitted herewith are all of the pleadings filed in the above captioned case pursuant to a Petition for Removal Filed on May 28, 2010. This case consists of 1 volume(s). A certified copy of the docket entries is also enclosed.

Please acknowledge receipt of our file on the duplicate copy of this letter, and return it to this Court.

Sincerely,

Derrick Monroe, Branch Chief
Civil Actions Branch

By: _____

**RECEIVED**
JUN 0 4 2010
Clerk, U.S. District and
Bankruptcy Courts

**RECEIVED**
JUN - 4 2010
SUPERIOR COURT

| Case Number | Status | Judge |
|---|---|---|
| 2010 CA 003575 R(RP) | Closed | HAMILTON, EUGENE N |

| In The Matter Of | Action |
|---|---|
| PATRIO-BSP CITY CENTER II, LLC. et al Vs. LAWYERS TITLE REALTY SERVICES, INC. et al | Complaint for Real Property Filed |

| Party | | Attorneys |
|---|---|---|
| PATRIO-BSP CITY CENTER II, LLC. | PLNTF | KASS, Mr BENNY L |
| LAWYERS TITLE REALTY SERVICES, INC. LANDAMERICA COMMERCIAL SERVICES | DFNDT CO | |
| PATRIOT-BSP CITY CENTER III, LLC | PLNTF | KASS, Mr BENNY L |
| PATRIOT-BSP CITY CENTER IV, LLC | PLNTF | KASS, Mr BENNY L |
| PATRIOT EQUITIES, LP | PLNTF | KASS, Mr BENNY L |
| KOLAR, ERIK E | PLNTF | KASS, Mr BENNY L |
| WERTHER, ALAN S | PLNTF | KASS, Mr BENNY L |
| KOLAR, MICHAEL C | PLNTF | KASS, Mr BENNY L |
| MCKENNA, TIMOTHY E | PLNTF | KASS, Mr BENNY L |
| GARDNER, GEOFFREY C | PLNTF | KASS, Mr BENNY L |
| U.S. BANK, NATIONAL ASSOCIATION | DFNDT | LOVELAND, Mr CHRISTOPHER |
| J.P. MORGAN CHASE BANK, NATIONAL ASSOCIATION | DFNDT | |

| Opened | Disposed | Case Type |
|---|---|---|
| 05/24/2010 | Notice of Removal To USDC | Real Property |

Comments:

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr    Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 1 | 05/24/10 | Complaint for Real Property Filed Receipt: 165489  Date: 05/24/2010 | 120.00 | 0.00 |
| 2 | 05/24/10 | Motion for Temporary Restraining Order Filed Attorney: KASS, Mr BENNY L (025155) Receipt: 165489  Date: 05/24/2010 | 20.00 | 0.00 |

A TRUE COPY
TEST: 6-4-10
Clerk, Superior Court of the District of Columbia
by Deputy Clerk

2010 CA 003575 R(RP)    PATRIO-BSP CITY CENTER II, LLC. et al   Vs. LAWYERS TITLE REALTY

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr    Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 3 | 05/24/10 | Event Scheduled<br>Event: Initial Scheduling Conference-60<br>Date: 08/27/2010   Time: 9:30 am<br>Judge: ZELDON, JOAN   Location: Courtroom<br>A-51 | 0.00 | 0.00 |
| 4 | 05/24/10 | Motion for Preliminary Injunction Filed<br>Attorney: KASS, Mr BENNY L (025155)<br>Receipt: 165489  Date: 05/24/2010 | 20.00 | 0.00 |
| 5 | 05/25/10 | Issue Date: 05/25/2010<br>Service:  Summons Issued<br>Method:   Service Issued<br>Cost Per: $<br><br>    LAWYERS TITLE REALTY SERVICES, INC.<br>    1025 15th Street, NW<br>    Suite 300<br>    WASHINGTON, DC   20005<br>    Tracking No: 5000079415<br><br>    U.S. BANK, NATIONAL ASSOCIATION<br>    800 Nicollet Mall<br>    MINNEAPOLIS, MN   55402<br>    Tracking No: 5000079416<br><br>    J.P. MORGAN CHASE BANK, NATIONAL<br>ASSOCIATION<br>    270 Park Avenue<br>    NEW YORK, NY   10017<br>    Tracking No: 5000079417 | 0.00 | 0.00 |
| 6 | 05/25/10 | Event Scheduled<br>Event: Hearing on Temporary Restraining<br>Order<br>Date: 06/01/2010    Time: 3:30 pm<br>Judge: JUDGE-IN-CHAMBERS   Location:<br>Judge In Chambers, Room 4220 | 0.00 | 0.00 |
| 7 | 05/25/10 | Notice of Hearing on Plaintiff's Request<br>for Temporary Restraining Order given to<br>Plaintiff to serve with the Complaint and<br>Summons on: 05/25/10 | 0.00 | 0.00 |

2010 CA 003575 R(RP)   PATRIO-BSP CITY CENTER II, LLC. et al   Vs. LAWYERS TITLE REALTY

| No. | Date of Journal Book-Page-Nbr | Pleadings Filed, Orders and Decrees  Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 8 | 05/27/10 | Plaintiff's Motion to Permit Appearance of Counsel Pro Hac Vice Filed submitted.05/27/2010 16:05.plt. Attorney: KASS, Mr BENNY L (025155) PATRIO-BSP CITY CENTER II, LLC. (PLAINTIFF); PATRIOT-BSP CITY CENTER III, LLC (PLAINTIFF); PATRIOT-BSP CITY CENTER IV, LLC (PLAINTIFF); PATRIOT EQUITIES, LP (PLAINTIFF); ERIK E KOLAR (PLAINTIFF); ALAN S WERTHER (PLAINTIFF); MICHAEL C KOLAR (PLAINTIFF); TIMOTHY E MCKENNA (PLAINTIFF); GEOFFREY C GARDNER (PLAINTIFF);  Receipt: 165901  Date: 05/28/2010 | 20.00 | 0.00 |
| 9 | 05/28/10 | Affidavit: | 0.00 | 0.00 |
| 10 | 05/28/10 | Affidavit: | 0.00 | 0.00 |
| 11 | 05/28/10 | Event Resulted: The following event: Initial Scheduling Conference-60 scheduled for 08/27/2010 at 9:30 am has been resulted as follows: Result: Event Cancelled Judge: ZELDON, JOAN   Location: Courtroom A-51 DISMISSED PER PLAINTIFF PREACIPE. | 0.00 | 0.00 |
| 12 | 05/28/10 | Event Resulted: The following event: Hearing on Temporary Restraining Order scheduled for 06/01/2010 at 3:30 pm has been resulted as follows: Result: Temporary Restraining Order Hearing Not Held Judge: JUDGE-IN-CHAMBERS   Location: Judge In Chambers, Room 4220 DISMISSED PER PLAINTIFF PREACIPE. | 0.00 | 0.00 |
| 13 | 05/28/10 | Dismissed by Plaintiff per Praecipe Filed | 0.00 | 0.00 |
| 14 | 05/28/10 | Notice that Action Has Been Removed Filed. submitted 05/28/2010 13:31. nk Attorney: LOVELAND, Mr CHRISTOPHER (473969) U.S. BANK, NATIONAL ASSOCIATION (Defendant); | 0.00 | 0.00 |
| 15 | 05/28/10 | Additional eFiling Document to Notice that Action Has Been Removed Filed. submitted 05/28/2010 13:31. nk | 0.00 | 0.00 |

2010 CA 003575 R(RP)   PATRIO-BSP CITY CENTER II, LLC. et al   Vs. LAWYERS TITLE REALTY

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr   Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 16 | 05/28/10 | Praecipe to Allow Multiple Filings for Attachment to Defendant's Notice That Action Has Been Removed Filed. submitted 05/28/2010 13:53. nk<br>Attorney: LOVELAND, Mr CHRISTOPHER (473969)<br>U.S. BANK, NATIONAL ASSOCIATION (Defendant); | 0.00 | 0.00 |
| 17 | 05/28/10 | Additional eFiling Document to Praecipe to Allow Multiple Filings for Attachment to Defendant's Notice That Action Has Been Removed Filed. submitted 05/28/2010 13:53. nk | 0.00 | 0.00 |
| 18 | 05/28/10 | Notice of Removal to USDC Filed. submitted 05/28/2010 14:23. ksc<br>Attorney: LOVELAND, Mr CHRISTOPHER (473969)<br>U.S. BANK, NATIONAL ASSOCIATION (Defendant); | 0.00 | 0.00 |
| 19 | 05/28/10 | Additional eFiling Document to Notice of Removal to USDC Filed. submitted 05/28/2010 14:23. ksc<br>Attorney: LOVELAND, Mr CHRISTOPHER (473969) | 0.00 | 0.00 |
| 20 | 05/28/10 | Praecipe to allow multiple filings for attachment to Defendant's notice that action has been removed Filed. submitted 05/28/2010 14:27. ksc<br>Attorney: LOVELAND, Mr CHRISTOPHER (473969)<br>U.S. BANK, NATIONAL ASSOCIATION (Defendant); | 0.00 | 0.00 |
| 21 | 05/28/10 | Additional eFiling Document to Praecipe to allow multiple filings for attachment to Defendant's notice that action has been removed Filed. submitted 05/28/2010 14:27. ksc<br>Attorney: LOVELAND, Mr CHRISTOPHER (473969) | 0.00 | 0.00 |
| 22 | 05/28/10 | Notice of Removal to USDC for The District of Columbia # 10CV890 | 0.00 | 0.00 |
| 23 | 06/03/10 | Notice of Hearing Mailed Next Business Day<br><br>Notice Of Removal<br>Sent on:  06/03/2010  14:07:00 | 0.00 | 0.00 |

|  | Totals By: | Cost | 180.00 | 0.00 |
|---|---|---|---|---|
|  |  | Information | 0.00 | 0.00 |

*** End of Report ***