IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| PATRIOT-BSP CITY CENTER II, LLC, *et al.*, | |
| Plaintiffs, | |
| v. | C.A. No. 1:10-cv-00890 (RMU) |
| U.S. BANK NATIONAL ASSOCIATION, *et al.*, | |
| Defendants. | |

### ENTRY OF APPEARANCE

THE COURT WILL PLEASE enter the appearance of the undersigned counsel and the firm of Bean, Kinney & Korman, P.C. on behalf of Defendant, Lawyers Title Realty Services, Inc.

                            LAWYERS TITLE REALTY SERVICES, INC.
                            By Counsel

                            /s/ Jennifer A. Brust, Esq.
                            Jennifer A. Brust, Esq.
                            (D.C. Bar No. 444258)
                            BEAN, KINNEY & KORMAN, P.C.
                            2300 Wilson Boulevard, 7th Floor
                            Arlington, Virginia 22201
                            (703) 525-4000
                            (703) 525-2207 (Fax)
                            jbrust@beankinney.com
                            Counsel for Lawyers Title Realty Services, Inc.

Dated: June 10, 2010

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 10, 2010, I caused a true and correct copy of the foregoing Entry of Appearance to be served on the following, via this Court's electronic filing system:

Benny L. Kass
KASS, MITEK & KASS, PLLC
1050 17th Street, NW
Suite 1100
Washington, DC 20036
(202) 659-6500
(202) 293-2608 (fax)
blkass@kmklawyers.com
Counsel for Plaintiffs

Peter J. Leyh
BRAVERMAN KASKEY, P.C.
One Liberty Place
1650 Market Street
56th Floor
Philadelphia, PA 19103
(215) 575-3800
(215) 575-3801 (fax)
Counsel for Plaintiffs

Richard S. Julie
BRAVERMAN KASKEY, P.C.
One Liberty Place
1650 Market Street
56th Floor
Philadelphia, PA 19103
(215) 575-3800
(215) 575-3801 (fax)
Counsel for Plaintiffs

Rachel Jeanne Goldstein
GARY & REGENHARDT, PLLC
8500 Leesburg Pike
Suite 7000
Vienna, VA 22182
(703) 848-2828
rgoldstein@garyreg.com
Counsel for Plaintiffs

David L. Braverman
BRAVERMAN KASKEY, P.C.
One Liberty Place
1650 Market Street
56th Floor
Philadelphia, PA 19103
(215) 575-3900
(215) 575-3801 (fax)
Counsel for Plaintiffs

M. Roy Goldberg
SHEPPARD MULLIN RICHTER & HAMPTON LLP
1300 I Street, NW
11th Floor East
Washington, DC 20005-3314
(202) 218-0007
(202) 218-0020 (fax)
rgoldberg@sheppardmullin.com
Counsel for Defendant JP Morgan Chase Bank, N.A.

Christopher Michael Loveland
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
1300 I Street, NW
11th Floor East
Washington, DC 20005
(202) 218-0000
(202) 218-0020 (fax)
cloveland@sheppardmullin.com
Counsel for Defendants U.S. Bank, N.A.

                                                /s/ Jennifer A. Brust, Esq.