**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division**

| | | |
|---|---|---|
| PATRIOT-BSP CITY CENTER II, LLC, *et al.*, | : | C.A. No. 1:10-cv-00890-RMU |
| Plaintiff, | : | |
| v. | : | |
| U.S. BANK NATIONAL ASSOCIATION, *et al.*, | : | |
| Defendants. | : | |

**<u>PLAINTIFFS' NOTICE OF PARTIAL DISMISSAL WITHOUT PREJUDICE</u>**

PLEASE TAKE NOTICE that Patriot-BSP City Center II, LLC, Patriot-BSP City Center III, LLC, Patriot-BSP City Center IV, LLC, Patriot Equities, LP, Erik E. Kolar, Alan S. Werther, Michael C. Kolar, Timothy E. McKenna and Geoffrey C. Gardner, through undersigned counsel and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismiss all claims set forth in their First Amended Complaint against defendant Lawyers Title Realty Services, Inc. ("Lawyers Title") WITHOUT PREJUDICE.  For the avoidance of doubt, plaintiffs are *not* hereby dismissing any claims they have asserted against any defendant other than Lawyers Title.

Lawyers Title has neither filed an answer to the First Amended Complaint nor a motion for summary judgment.

Dated: June 9, 2010                                Respectfully submitted,

**KASS, MITEK & KASS, PLLC**

BY:    /s/ Benny L. Kass
Benny L. Kass (D.C. Bar No. 025155)
1050 Seventeenth Street, N.W., Suite 1100
Washington, D.C. 20036-5596
(202) 659-6500
*Attorneys for Plaintiffs Patriot-BSP City Center II, LLC, Patriot-BSP City Center III, LLC, Patriot-BSP City Center IV, LLC, Patriot Equities, LP, Erik E. Kolar, Alan S. Werther, Michael C. Kolar, Timothy E. McKenna and Geoffrey C. Gardner*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Partial Dismissal Without Prejudice was served via the court's electronic filing system (unless otherwise noted below) this 10th day of June, 2010 upon all parties of record:

M. Roy Goldberg, Esq.
Sheppard Mullin Richter & Hampton LLP
1300 I Street, NW., 11th Floor East
Washington, D.C. 20005-3314
*Attorneys for Defendant U.S. Bank, National Association*

(By First Class Mail)
JP Morgan Chase Bank, National Association
c/o Linda A. Platone
1 Chase Manhattan Plaza, 20th Floor
New York, New York 10005

Jennifer A. Brust, Esq.
Bean, Kinney & Korman, P.C.
2300 Wilson Boulevard, 7th Floor
Arlington, VA 22201
*Attorneys for Defendant Lawyers Title Realty Services, Inc.*

/s/ Benny L. Kass
Benny L. Kass

X:\10157.103\Pleadings\ Notice of Dismissal (Lawyers Title) 06 09 10.doc