**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division**

PATRIOT-BSP CITY CENTER II, LLC, *et al.*,

    Plaintiffs,

v.

U.S. BANK NATIONAL ASSOCIATION, *et al.*,

    Defendants.

C.A. No. 1:10-cv-00890 (RMU)

## ORDER

Having reviewed and considered the Defendants' "Motion To Lift Temporary Restraining Order, and Supporting Memorandum Of Points And Authorities," and all other pleadings and documents properly before the Court, it is hereby

ORDERED that defendants' Motion is hereby GRANTED; and it is further

ORDERED that the temporary restraining order issued by this Court on June 7, 2010, shall be immediately lifted and is no longer in effect.

Dated this ____ day of _____, 2010.

BY THE COURT:

_____
JUDGE RICARDO M. URBINA
UNITED STATES DISTRICT COURT JUDGE