IN THE UNITED STATES DISCTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

**PATRIOT-BSP CITY CENTER II, LLC, et al.,** :
                                                                  :
    **Plaintiffs,**                                   :
                                                               :
v.                                                                    : **C.A No. 1:10-cv-00890 (RMU)**
                                                              :
**U.S. BANK NATIONAL ASSOCIATION, et al.,** :
                                                              :
    **Defendants.**

## NOTICE OF APPEARANCE ON BEHALF OF STUART H. GARY

Stuart H. Gary. Trustee, by counsel, hereby files this notice of appearance and request for service.

Mr. Gary is represented by the firm of Gary & Regenhardt, PLLC. The primary counsels appearing on his behalf will be Linda D. Regenhardt, Esq. with assistance from Rachel J. Goldstein, Esq. Other attorneys from the firm of Gary & Regenhardt, PLLC may also assist in his representation.

Mr. Gary should be served with all documents filed herein through his counsel.

WHEREFORE, Mr. Gary prays the Court will protect his interest as Trustee, and grant him such further relief as the Court deems just.

    Dated: June 22, 2010             RESPECTFULLY SUBMITTED,

                                          GARY & REGENHARDT, PLLC

                                          /S/ Linda D. Regenhardt

Linda D. Regenhardt (DC Bar # 414636)<br>
Rachel J. Goldstein (472507)<br>
8500 Leesburg Pike, Suite 7000<br>
Vienna, VA 22182-2409<br>
Tel: (703) 848-2828<br>
Fax: (703) 893-9276

**CERTIFICATE OF SERVICE**

I certify that on June 22, 2010 I caused a true and correct copy of the foregoing Notice of Appearance to be served on the following via US Mail:

Benny L. Kass
Kass, Mitek & Kass, PLLC
1050 17 Street, N.W.
Suite 1100
Washington, DC 20036

JPMorgan Chase Bank National Association
c/o The Corporation Trust Company
1209 Orange Street
Willington, DE 18801

Lawyers Title Realty Services, Inc
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 18801

Christopher M. Loveland
Sheppard Mullin Richter & Hampton LLP
1300 I Street, NW 11th Floor East
Washington DC 2005

M. Roy Goldberg
Sheppard Mullin Richter & Hampton LLP
1300 I Street NW 11th Floor East
Washington, DC 20005

Daniel L. Brown
30 Rockefeller Plaza, 24th Floor
New York, New York 10112

/S/ Linda D. Regenhardt
Linda D. Regenhardt, Esq