**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | | |
|---|---|---|
| Patriot-BSP Center II, LLC, et al. | ) | Case No. 10-cv-00890 (RMU) |
| Plaintiffs, | ) | Hon. Ricardo M. Urbina |
| v. | ) | |
| U.S. Bank, National Association, et al. | ) | |
| Defendants. | ) | |

**NOTICE OF PROOF OF SERVICE**

Plaintiffs, Patriot-BSP Center II, LLC, et al., by and through counsel, and pursuant to Fed. R. Civ. P. 4(l) and LcvR 5.3 of the U.S. District Court for the District of Columbia, respectfully submit this Notice of Proof of Service and the attached Affidavit of Service by Process Server, Affidavit of Service by Private Individual Acting as Special Process Server, and Notice of Acknowledgment of Receipt of Summons and Complaint as proof thereof.

Respectfully submitted,

**KASS, MITEK & KASS, PLLC**

BY: /s/
Benny L. Kass (Bar ID 25155)
1050 Seventeenth Street, NW, Suite 1100
Washington, DC 20036-5596
(202) 695-6500
*Attorney for Plaintiffs*

Dated: July 27, 2010

W:\Notice of Proof of Service.wpd

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION, CIVIL ACTIONS BRANCH
500 Indiana Ave., N.W., Room 5000
Washington, D.C. 20001   Telephone (202) 879-1133

Removed to:
US District Court for the District of Columbia
Case No. 10-cv-00890 (RMU)

Case No. 2010 CA 003575 R(RP)

Plaintiff: Patriot-BSP City Center II, LLC, et al.
c/o Benny L. Kass
Kass, Mitek & Kass, PLLC
Address: 1050 17th Street, NW, Suite 1100
Washington, DC 20036

vs.

Defendant: JP Morgan Chase Bank
Address:

## AFFIDAVIT OF SERVICE BY PRIVATE INDIVIDUAL ACTING AS SPECIAL PROCESS SERVER

I, Caswell Bryan, age 18 or older, residing or working at 139 Fulton Street, New York, NY 10038 and not a party and without an interest in this case, state that on May 28, 2010, at 9:55 AM:

1. I served a copy of the summons, complaint and initial order, if necessary, and any attachments as follows (check one of the following): also served: Notice of Hearing for June 1, 2010; Motion for Preliminary Injunction; Motion for a Temporary Restraining Order

☐ On the Defendant _____ personally at _____

☐ By leaving said copy with _____, a person of suitable age and discretion, who resides with Defendant at _____

☒ (For a corporation, partnership, or association) I served Linda A. Platone, Legal, (check one of the following:)
☐ an officer   ☐ a managing or general agent   ☒ an agent authorized by appointment or law to receive service of process

2. You must set forth specific facts from which the Court can determine that process was served as indicated above and in compliance with SCR CIV 4, including a physical description (approximate age, height, weight) of any person on whom service was made:
White Female, 54-55 Yrs. Old., 5'6"-5'7"., 135-145 Lbs., Brown Hair.

_Caswell Bryan_
Special Process Server

Subscribed and sworn to before me this 28th day of May, 2010.

_[signature]_
Notary Public / Deputy Clerk

1-13-2014
My commission expires

☐ New address for service

**NOTE: A separate Affidavit is required for service on each named Defendant**

BRUCE LAZARUS
NOTARY PUBLIC-STATE OF NEW YORK
No. 01LA4990593
Qualified in Westchester County
My Commission Expires January 13, 2014

## Superior Court of the District of Columbia
## CIVIL DIVISION

Patriot- BSP City Center II, LLC
*Plaintiff*

Vs.

Civil Action No. 2010 CA 3575 R(RP)

Lawyers Title Realty Services, Inc., Trustee
Serve: Registered Agent
      CT Corporation
*Defendant*

**Removed to:**
US District Court for the
District of Columbia
Case No. 10-cv-00890 (RMU)

### AFFIDAVIT OF SERVICE BY PROCESS SERVER

I, **Eric Loewenstern**, having been duly authorized to make service of Initial Order and Addendum, Summons, Verified Complaint, Motion for Preliminary Injunction, Motion for Temporary Restraining Order, and Notice of Hearing on Plaintiff's Request for a Temporary Restraining Order in the above entitled case, hereby depose and say:

That I am over the age of 18 and not a party to this case.

That my business address is 1050 17th Street, NW, Suite 910, Washington, DC 20036.

That at 9:24am on the 27th day of May, 2010:

I served the defendant, Lawyers Title Realty Services Inc., Trustee., by leaving a copy of the Initial Order and Addendum, Summons, Verified Complaint, Motion for Preliminary Injunction, Motion for Temporary Restraining Order, and Notice of Hearing on Plaintiff's Request for a Temporary Restraining Order in the above referenced case with Anthony Serrette, Corporate Operations Specialist, at the Registered Agent, CT Corporation's place of business, located at 1015 15th Street, NW, Suite 1000, Washington, DC 20005. The person served is a black male, about 40 to 50 years of age, standing about 5 foot, 8 inches tall, with a small build, who stated that CT Corporation was the Registered Agent of Lawyers Title Realty Services, Inc. and that he was authorized to accept service on behalf of Lawyers Title Realty Services Inc., was employed therein and accepted service.

                              Eric Loewenstern, Process Server

SUBSCRIBED AND SWORN TO before me on this 28th day of May, 2010 a Notary Public for ____District of Columbia____.



                              Notary Public

KENNETH V. CUMMINS
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires October 14, 2014

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| Patriot-BSP Center II, LLC, et al. ) | |
| ) | |
| Plaintiff, ) | 2010 CA 003575 R(RP) |
| ) | Judge Joan Zeldon |
| v. ) | |
| ) | **Removed to:** |
| U.S. Bank, National Association, et al. ) | US District Court for the |
| ) | District of Columbia |
| Defendant. ) | Case No. 10-cv-00890 (RMU) |
| ) | |

### NOTICE OF ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

To:   Edward Schiff, Esq.
      Sheppard Mullin Richter & Hampton LLP
      1300 I Street, NW
      11th Floor-East
      Washington, DC 20005

The enclosed Initial Order, Summons, Verified Complaint, Notice of Hearing on Plaintiff's Request for TRO, Motion for Temporary Restraining Order, and Motion for Preliminary Injunction are served pursuant to Rule 4 (c)(2)(C)(I) of the Superior Court Rules of Civil Procedure.

You must sign and date the Acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within twenty (20) days after it has been mailed, you (or the other party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated, and returned the form. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

     This Notice and Acknowledgment of Receipt of Summons and Complaint was hand delivered on May 27, 2010.

Respectfully submitted,

/s/ Benny L. Kass

Benny L. Kass, #025155
Kass, Mitek & Kass, PLLC
1050 17th St., NW, Suite 1100
Washington, DC 20036
(202) 659-6500
*Counsel for Plaintiffs Patriot-BSP City Center II, LLC, Patriot-BSP City Center III, LLC, and Patriot-BSP City Center IV, LLC*

## Acknowledgment of Receipt

     I received a copy of the Initial Order, Summons, Verified Complaint, Notice of Hearing on Plaintiff's Request for TRO, Motion for Temporary Restraining Order, and Motion for Preliminary Injunction in the above-captioned matter at

1300 I Street, NW, 11th Fl. -East-, WDC (address).

Signature: *Christopher Loveland*

Relationship to Entity/Authority to Receive Service of Process: *Attorney for US Bank*

Date of Signature: *May 27, 2010*

F:\WP_FILES\CLIENTS\10157.103\Acknowledgment of Receipt.wpd